UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**MOHAMMED A. TIPOO,** on behalf of himself and all others similarly situated,

       Plaintiff,

   -vs.-             **1:15 CV 39 (ENV)(CLP)**

**SAGESMITH CONSULTING LLC and NEW YORK CITY BOARD OF ELECTIONS,**

       Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL

  Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Mohammed A. Tipoo, through his undersigned attorney hereby voluntarily dismisses this action, with prejudice, and without costs as to any party,  as against Defendants Sagesmith Consulting LLC and the New York City Board of Elections.

Dated: June 19, 2015

        MOHAMMED A. TIPOO, by


        s/ Aytan Y. Bellin
        Aytan Y. Bellin (AYB0123)
        Bellin & Associates LLC
        85 Miles Avenue
        White Plaines, NY10606
        Phone: 914-358-5345
        Fax: 212-571-0284
        E-mail: Aytan.Bellin@bellinlaw.com